DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## MONTGOMERY v. BRYANT SUPPLY CO.

No. 570P88.

Case below: 91 N.C. App. 734.

Petition by plaintiffs Holiday and Edwards for discretionary review pursuant to G.S. 7A-31 denied 2 March 1989.

## SELECTIVE INS. CO. v. NCNB

No. 544A88.

Case below: 91 N.C. App. 597.

Petition by State of N. C. for writ of certiorari to the North Carolina Court of Appeals denied 2 March 1989.

## SHREVE v. DUKE POWER

No. 545P88.

Case below: 91 N.C. App. 586.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 2 March 1989 for the limited purpose of entering the following order. The decision of the Court of Appeals dismissing the appeal is reversed, and the cause is remanded to the Court of Appeals for consideration of the appeal on the merits.

## SIGMON v. TIMMERMAN INS. SERVICE

No. 44P89.

Case below: 92 N.C. App. 382.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 March 1989.

## STATE v. ATTMORE

No. 68P89.

Case below: 92 N.C. App. 385.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 1989.